NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RANDY L. ROUNDTREE,              )
                                 )
        Appellant,               )
                                 )
v.                               )      Case No. 2D17-2572
                                 )
STATE OF FLORIDA,                )
                                 )
        Appellee.                )
_____ )

Opinion filed February 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Pasco
County; Susan G. Barthle, Judge.

Randy L. Roundtree, pro se.

PER CURIAM.

              Affirmed.

LaROSE, C.J., and KHOUZAM and CRENSHAW, JJ., Concur.